FRANK L. WOODS et al., Respondents, *v.* C. E. MILLS
OIL COMPANY, Appellant.

(Argued October 12, 1932; decided October 28, 1932.)

*Stewart F. Hancock* and *Benjamin E. Shove* for appellant.
*Thomas Woods* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG,
O'BRIEN, HUBBS and CROUCH, JJ.